**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 24-3108 (DWF/DJF)

This Document Relates to:

CITRUS CITY FAMILY COUNSELING, INC., *Individually, and on Behalf of All Others Similarly Situated*,

Plaintiff,

v. Civil No. 24-2382 (DWF/DJF)

CHANGE HEALTHCARE, INC.,

Defendant.

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [188]); Civil No. 24-2382 (DWF/DJF), (Doc. No. [22])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 5, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge